**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Andrew R. Hairston
Attorney at Law
1135 Leona St., #3
Austin Tx 78702

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 29, 2022

**REHEARING ACTION: December 29, 2022**

**Docket Number: 22   00326-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARLIN DEVARY DEMOUCHET**

**Appealed from Calcasieu Parish Case No. 11581-20**

**BEFORE JUDGES:**

  **Hon. Elizabeth A. Pickett**
  **Hon. Billy Howard Ezell**
  **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marlin Devary Demouchet** has this day been

  **DENIED.**

cc: Hon. Stephen C. Dwight, Counsel for the Appellee
    John E. Turner, Counsel for the Appellee